

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Francisco Garcia,

\* From the 70th District Court
of Ector County,
Trial Court No. A-20-1159-CR.

Vs. No. 11-24-00142-CR

\* September 12, 2024

The State of Texas,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment and the district clerk's bill of costs to reflect a $2,000 fine rather than a $2,050 fine, to delete the $840.21 third-party collection fee from the court costs, and to reduce the reimbursement fees by $1,140 that were assessed against Appellant. As modified, we affirm the judgment of the trial court.